

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2025
```

February 27, 2025

**BY EMAIL**
The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   <u>United States v. Jesus Mendez-Vargas,</u> S3 09 Cr. 941 (JGK)

Dear Judge Ricardo:

     The defendant, Jesus Mendez-Vargas, is scheduled to arrive this evening on February 27, 2025, in this District on an extradition from Mexico; upon his arrival, he will be transported to the Metropolitan Detention Center in Brooklyn, New York ("MDC"). The Government respectfully requests that, upon the defendant's arrival at the MDC, Superseding Indictment S3 09 Cr. 941 (JGK), which is the charging document against Mendez-Vargas, be unsealed.

     Respectfully submitted,

     MATTHEW PODOLSKY
     Acting United States Attorney

By: _____
     Sarah L. Kushner /
     Nicholas S. Bradley/Jane Chong/
     Kyle A. Wirshba/Daniel G. Nessim
     Assistant United States Attorneys
     (212) 637-2676

SO ORDERED:

_____
HONORABLE HENRY J. RICARDO
United States Magistrate Judge
Southern District of New York