UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JESUS MENDEZ-VARGAS,

               Defendant.

9 cr. 941 (JGK)
~~23-cr-380~~ (JGK)  3/27/25

ORDER

JOHN G. KOELTL, District Judge:

The next conference is scheduled for **June 12, 2025, at 4:30 p.m.** Because a continuance is needed to assure the effective assistance of counsel, to allow the government to gather discovery, and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **March 26, 2025,** until **June 12, 2025,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
            March 26, 2025

                                          John G. Koeltl
                               United States District Judge