

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 12, 2025

**BY EMAIL**

The Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Servando Gomez-Martinez*, S2 09 Cr. 941 (JGK)

Dear Judge Ricardo:

The defendant, Servando Gomez-Martinez, is scheduled to arrive in this District today, August 12, 2025, aboard a flight from Mexico. The Government therefore respectfully requests that Superseding Indictment S2 09 Cr. 941 (JGK), which is the charging document against Gomez-Martinez, be unsealed. The Government further requests that any other sealed documents filed by the Government in this case be unsealed for the limited purpose of permitting the Government to inspect any such documents, and that any such documents otherwise remain sealed.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Daniel G. Nessim
Henry L. Ross
Kyle A. Wirshba
Assistant United States Attorneys
(212) 637-2486 / -2442 / -2493

SO ORDERED.

Dated: August 13, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge